**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROY KELLNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENLAR FSB d/b/a CENTRAL LOAN )<br>ADMINSTRATION AND REPORTING, )<br>)<br>Defendants. ) | Case No. 1:17-cv-04048<br><br>Judge: John Z. Lee |

**NOTICE OF MOTION**

To:     Monique Bene Howery                Marc Edward Dann
          Reed Smith LLP                         The Dann Law Firm Co., LPA
          10 S Wacker Drive                    Po Box 6031040
          Suite 4000                              Cleveland, OH 44103
          Chicago, IL 60606                 (216) 373-0539
          (312) 207-1000                    notices@dannlaw.com
          mhowery@reedsmith.com

          Rusty A. Payton                      Donna J. Taylor-Kolis
          Payton Dann                            The Dann Law Firm Co., LPA
          115 South LaSalle Street           Po Box 6031040
          Suite 2600                               Cleveland, OH 44103
          Chicago, IL 60603                 (216) 373-0539
          312-702-1000                        notices@dannlaw.com
          payton@paytondann.com

          Colette Marie Willer
          Reed Smith, LLP
          10 S. Wacker Dr.
          Chicago, IL 60606
          312-207-1000
          cwiller@reedsmith.com

    **PLEASE TAKE NOTICE** that on September 12, 2017 at 9:00 a.m., I shall appear before the Honorable John Z. Lee sitting in Courtroom 1225 of the United States District Court for the Northern District of Illinois and present **Defendant Cenlar FSB's Motion for Withdrawal and Substitution of Counsel**.

        Respectfully submitted,

        Cenlar FSB d/b/a Central Loan Administration and Reporting, Defendant

| | |
|---|---|
| /s/ David M. Schultz | /s/ Edward R. Peterka |
| Margaret M. Breeden | Matthew J. Richardson |
| **HINSHAW & CULBERTSON LLP** | Alan Samuel Kaufman |
| 222 North LaSalle Street | Zachariah L. Manchester |
| Suite 300 | **MANLEY DEAS KOCHALSKI LLC** |
| Chicago, Illinois 60601 | One East Wacker |
| Phone: (312) 704-3000 | Suite 1250 |
| Fax: (312) 704-3001 | Chicago, IL 60601 |
| Email: dschultz@hinshawlaw.com | Phone: (312) 957-7689 |
| Email: mbreeden@hinshawlaw.com | Email: erpeterka@manleydeas.com |
| | zlmanchester@manleydeas.com |
| | mjr2@manleydeas.com |
| | ask@manleydeas.com |

## CERTIFICATE OF SERVICE

        I hereby certify that on September 5, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing **Notice of Motion** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record listed above.

        /s/ David M. Schultz