**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROY KELLNER, | ) | |
| | ) | Case No. 17-cv-04048 |
| Plaintiff, | ) | |
| | ) | Judge: John Z. Lee |
| v. | ) | |
| | ) | |
| LAKEVIEW LOAN SERVICING, LLC, | ) | |
| CENLAR FSB, d/b/a CENTRAL LOAN | ) | |
| ADMINISTRATION AND REPORTING, and | ) | |
| M&T BANK CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | | |

**DEFENDANT'S MOTION TO RESTORE**
**ITS MOTION TO DISMISS AND FOR LEAVE TO FILE ITS REPLY INSTANTER**

Defendant CENLAR, FSB ("Defendant" or "Cenlar") by and through its attorneys David M. Schultz and Margaret M. Breeden, and in support of its Unopposed Motion for an Extension of Time to File its Reply in Further Support of its Motion to Dismiss, *Instanter*, states as follows:

1.      On May 29, 2017, Plaintiff filed its original Complaint in the instant matter.  (*See* Dkt #1).  Thereafter, on or about July 26, 2017, Defendant Cenlar filed a Motion to Dismiss Plaintiff's Complaint (the "Motion"), and Plaintiff subsequently filed its Response.  (Dkt. # 29).

2.      On September 20, 2017, and one day before Cenlar's Reply on the Motion was due, Plaintiff filed a Motion for Leave to file its Amended Complaint (Dkt. # 44) which was subsequently granted on September 22, 2017.  (Dkt. # 46).  Within its Order, the Court dismissed Defendant Cenlar's pending Motion without prejudice due to the filing of the Amended Complaint.  *Id.*

3.      Plaintiff's Amended Complaint does not add any new claims, nor substantively amend any factual allegations, as against Defendant Cenlar,[1] and thus has no substantive impact on Defendant Cenlar's Motion nor Plaintiff's Response thereto.

4.      Therefore, Defendant Cenlar requests that its July 26, 2017 Motion to Dismiss be restored to the record, along with Plaintiff's Response thereto.  Additionally, Defendant requests leave to file its Reply in Further Support of its Motion to Dismiss *instanter*.

5.      Counsel for the Plaintiff has no objection to Defendant Cenlar's Motion.

6.      Given the early stages of the proceedings, no prejudice will result to Plaintiff nor any other party if Defendant's Motion is granted.  Further, restoring Defendant's Motion to Dismiss to the Court's calendar, rather than requiring its re-filing and re-briefing, will conserve the time and resources of the parties and this Court.

WHEREFORE, Defendant Cenlar, FSB respectfully requests that this Court grant its request to restore its Motion to Dismiss to the Court's docket and for leave to file *instanter* its Reply in Further Support of its Motion to Dismiss.

Respectfully submitted,

CENLAR, FSB,
DEFENDANT

/s/ Margaret M. Breeden
Margaret M. Breeden

David M. Schultz
Margaret M. Breeden
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel:    312-704-3000
Email: mbreeden@hinshawlaw.com

---

[1] Plaintiff voluntarily withdrew its claim of Negligent Infliction of Emotional Distress as against Cenlar within its Response to Defendant Cenlar's Motion to Dismiss.  (*See* P's Resp., Dkt # 38, pg. 11).

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 28, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Motion to Restore its Motion to Dismiss and for Leave to File its Reply,** *Instanter* by using the CM/ECF system, which will send notification of such filing(s) to:

Monique Bene Howery
Reed Smith LLP
10 S Wacker Drive
Suite 4000
Chicago, IL 60606
(312) 207-1000
mhowery@reedsmith.com

Rusty A. Payton
Payton Dann
115 South LaSalle Street
Suite 2600
Chicago, IL 60603
312-702-1000
payton@paytondann.com

Colette Marie Willer
Reed Smith, LLP
10 S. Wacker Dr.
Chicago, IL 60606
312-207-1000
cwiller@reedsmith.com

Donna J. Taylor-kolis
The Dann Law Firm Co., LPA
Po Box 6031040
Cleveland, OH 44103
(216) 373-0539
notices@dannlaw.com

Marc Edward Dann
The Dann Law Firm Co., LPA
Po Box 6031040
Cleveland, OH 44103
(216) 373-0539
notices@dannlaw.com

/s/ Margaret M. Breeden

3

300496815v1 1001772