**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

| | | |
|---|---|---|
| Case Title: | Roy Kellner v. Lakeview Loan Servicing, LLC | Case Number: 17 cv 4048 Judge John Z. Lee |

An appearance is hereby filed by the undersigned as attorney for:

    Cenlar, FSB

Attorney name (type or print): Louis J. Manetti, Jr.

Firm: Hinshaw & Culbertson LLP

Street address:     222 North LaSalle Street, Suite 300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6293288     Telephone Number: 312-704-3000
(See item 3 in instructions)

Email Address: LManetti@hinshawlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status
    ☐ Retained Counsel
    ☐ Appointed Counsel

If appointed
    ☐ Federal Defender
    ☐ CJA Panel Attorney

    In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 18, 2017
Attorney signature:
    s/Louis J. Manetti, Jr.
    (Use electronic signature if the appearance form is filed electronically.)

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 18, 2017,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

      HINSHAW & CULBERTSON LLP

      s/Louis J. Manetti, Jr.
      HINSHAW & CULBERTSON LLP
      222 North LaSalle Street, Suite 300
      Chicago, Illinois 60601
      312/704-3000
      312/704-3001 – fax
      LManetti@hinshawlaw.com

300609537v1 1001772