IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROY KELLNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAKEVIEW LOAN SERVICING, LLC, a )<br>Delaware Limited Liability Company; )<br>CENLAR FSB, d/b/a/ Central Loan )<br>Administration & Reporting, a federally )<br>chartered savings bank; and M&T BANK, )<br>a New York banking corporation, )<br>McCALLA RAYMER LEIBERT )<br>PIERCE, LLC, an Illinois Limited )<br>Liability Company, )<br>)<br>Defendants. ) | **Case No.** 17-cv-04048<br><br>Hon. John Z. Lee |

**JOINT MOTION FOR 60-DAY EXTENSION OF
TIME TO COMPLETE WRITTEN DISCOVERY**

Defendant, Cenlar FSB, ( "Cenlar"), by its undersigned counsel, jointly with Plaintiff Roy Kellner ("Plaintiff"), Defendant Lakeview Loan Servicing, LLC ("Lakeview"), Defendant M&T Bank ("M&T"), and Defendant McCalla Raymer, Leibert, Pierce, LLC ("McCalla") (collectively, the "Parties") respectfully move this Honorable Court to extend written fact discovery to 60 days of entry of the Parties' proposed Confidentiality Order. In support of this motion, the Parties state as follows:

1. On September 20, 2017, Plaintiff moved to amend and supplement his initial complaint to add a new claim, withdraw a claim, and add Defendant McCalla. [Dkt. 44]. That motion was granted and entered by this Court on September 22, 2017. [Dkt. 46].

2. On October 10, 2017, Cenlar filed a Motion to Dismiss Plaintiff's First Amended Complaint. [Dkt. 56-57]. Thereinafter, on or about October 17, 2017, Defendants M&T Bank

301250883v1 1001772

and Lakeview also moved to dismiss Plaintiff's First Amended Complaint. [Dkt. 61-62]. Both motions are fully briefed and remain pending.

3. On October 19, 2017, this Court entered a scheduling Order providing for the closure of fact discovery on January 31, 2018. [Dkt. 66].

4. Thereafter, on November 14, 2017, Defendant McCalla filed and served an Answer to Plaintiff's First Amended Complaint. [Dkt. 74].

5. Cenlar, M&T Bank and Lakeview have responded to Plaintiff's discovery requests, however have withheld certain documents pending entry of a Protective Order.

6. Plaintiff has not yet responded to Defendants' discovery requests.

7. Pursuant to Local Rules 5.7, 5.8 and 26.2, the Parties have conferred and agreed upon a proposed Protective Order, which has been submitted to this Court for review and entry.

8. Additionally, the Parties have conferred and now seek an extension of time of sixty (60) days from entry of the Protective Order in order to complete fact discovery. The Parties also propose that each subsequent deadline set forth in the Court's October 19, 2017 Order be extended accordingly.

9. This motion is timely, as the litigation is in its infancy and the Motions to Dismissed filed on behalf of Cenlar, M&T Bank, and Lakeview have not yet been decided.

10. A short extension of time will enable the parties to finish the remaining fact discovery identified above.

Wherefore, for the above reasons, the Parties jointly request that this Honorable Court: a) extend the deadline for completion of fact discovery by sixty (60) days from the date of entry of the proposed Protective Order; b) extend oral and other discovery deadlines accordingly; and c) grant any other relief this Court deems just and proper.

301250883v1 1001772

Respectfully submitted:

Cenlar, FSB

By:    /s/ Margaret M. Breeden
        Margaret M. Breeden

David M. Schultz
Margaret M. Breeden
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 Phone
dschultz@hinshawlaw.com
mbreeden@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on February 22, 2018, she e-filed this document through the Court's CM/ECF system, which will cause a copy of the document to be served on counsel of record identified below.

| | |
|---|---|
| Monique Bene Howery<br>Reed Smith LLP<br>10 S Wacker Drive, Ste 4000<br>Chicago, IL 60606<br>(312) 207-1000<br>mhowery@reedsmith.com | Marc Edward Dann<br>The Dann Law Firm Co., LPA<br>Po Box 6031040<br>Cleveland, OH 44103<br>(216) 373-0539<br>notices@dannlaw.com |
| Rusty A. Payton<br>Payton Dann<br>115 South LaSalle Street, Ste 2600<br>Chicago, IL 60603<br>312-702-1000<br>payton@paytondann.com | Donna J. Taylor-kolis<br>The Dann Law Firm Co., LPA<br>Po Box 6031040<br>Cleveland, OH 44103<br>(216) 373-0539<br>notices@dannlaw.com |
| Colette Marie Willer<br>Reed Smith, LLP<br>10 S. Wacker Dr.<br>Chicago, IL 60606<br>312-207-1000<br>cwiller@reedsmith.com | Brian R Merfeld<br>McCalla Raymer Leibert Pierce LLC<br>One North Dearborn, Suite 1300<br>Chicago, IL 60602<br>(312) 676-7368<br>brian.merfeld@mccalla.com |

                                                  /s/ Margaret M. Breeden

301250883v1 1001772