# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Roy Kellner,

       Plaintiff,

v.

Lakeview Loan Servicing, LLC; Cenlar FSB d/b/a Central Loan Administration and Reporting; and M&T Bank Corporation,

       Defendants.

Case No. 17-cv-04048

Judge: John Z. Lee

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Cenlar FSB D/B/A Central Loan Administration and Reporting**

| | |
|---|---|
| NAME: Jennifer R. Friedman | |
| SIGNATURE: /s/*Jennifer R. Friedman* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 151 N. Franklin Street, Suite 2500 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284814 | TELEPHONE NUMBER (312) 704-3172 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE (ECF)

    I hereby certify that on May 18, 2018, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois - Eastern Division, the foregoing **Appearance** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                                           */s/Jennifer R. Friedman*